| DISTRICT | OFF. | DOCKET NO. 87 NUMBER | CR. | FILING DATE MO. DAY YR. | J | NATURE SUIT | DIV. PTF DEF | R | $ DEMAND THOUSANDS | JUDGE | MAG | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127 | 2 | 87T 1216 N | 1 | 03 06 87 | 3 | 441 | | 1 | | 2706 | | 01025 | | 87T 1216N |

**CAUSE:**

**PLAINTIFFS**

JOHN DILLARD; DAMASCUS CRITTENDEN, JR.; EARWEN FERRELL; CLARENCE J. JARRELLS; ULLYSSES MC BRIDE; and LOUIS HALL, JR. ; *J. L. STABLER; *LOREAN BENNETT

v

**DEFENDANTS**

TOWN OF FULTON

*added per 4-18-90 order

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC §§ 1973 and 1983; Alleged violation of Section 2 of Voting Rights Act thru use of at-large election system.

**ATTORNEYS**

James U. Blacksher
~~465 Dauphin Street~~
~~Mobile, AL 36602~~
~~433-2000~~

5th Fl Title Bldg
300 21st St North
Birmingham, AL 35203
322-1100   (Per 9/1/88 Notice)

~~Larry Menefee~~
~~5th Floor, Title Bldg.~~
~~300 21st Street, N.~~
~~Birmingham, AL 35203~~
~~322-7300/7313~~   (Per 9/1/88 Notice)

Edward Still
REEVES & STILL
714 South 29th Street
Birmingham, AL 35233-2810
322-6631

Julius L. Chambers
~~Lani Guinier~~   Scherlyn Ifill
~~Pamela Karlan~~   (Per 9/1/88 Notice)
NAACP Legal Defense Fund
99 Hudson Street
16th Floor
New York, NY 10013 [212 219-1900]

Don Siegelman
Alabama Attorney General

~~Susan Russ~~
~~Assistant Attorney General~~
Office of Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
261-7406

David Boyd
BALCH & BINGHAM
P. O. Box 78
Montgomery, AL 36101
834-6500

Stuart C. DuBose
601 College Ave
Jackson, AL  36545
246-4279/5745

| X CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | 12/5/87 ✓ |
| | | | | JS-6 | 5-5-90 |

UNITED STATES DISTRICT COURT DOCKET          DC-111 (Rev: 1/87)

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
|      |     | THIS CASE IS A DERIVATIVE OF 85-T-1332-N, JOHN DILLARD; et al. v. CRENSHAW COUNTY, ALABAMA, etc., et al. FOR THE PURPOSE OF ORDERS THAT RELATE TO THIS CASE PRIOR TO 8/18/87 SEE DILLARD CASE FILE AND DOCKET SHEET. |

| | | CIVIL DOCKET CONTINUATION SHEET (Atty Stuart C. DuBose) | |
|---|---|---|---|
| **PLAINTIFF**<br>JOHN DILLARD, Et Al | | **DEFENDANT**<br>CRENSHAW COUNTY, AL., Et Al.<br>RE: TOWN OF FULTON | DOCKET NO. 85-T-1332-N<br>87-T-1216-N<br>PAGE ___ OF ___ PAGES |

| DATE<br>1987 | NR. | PROCEEDINGS |
|---|---|---|
| Aug. 18 | | Town of Fulton's request for additional time to respond to Second Notice to Defendant Class and to make selection of defendant subclass option. Referred to Judge Thompson. (**Treated as Option A per court's instruction**) |
| 20 | | ORDER granting Town of Fulton's 8/18/87 request for an additional 30 days to select option. (Copies mailed to counsel; furnished Magistrate Carroll.) EOD 8/20/87. |
| 27 | | Attorney Stuart C. DuBose's petition for leave to practice pro hac vice. Referred to Judge Thompson. |
| 27 | | ORDER granting Hon. Stuart C. DuBose's 8/27/87 petition to practice pro hac vice. (Copies mailed to counsel.) EOD 8/27/87. (Cy furnished Magistrate Carroll.) |
| Sep. 14 | | ORDER as follows: (1) by **9/17/87** the plaintiff class shall serve and file, individually with respect to each jurisdiction which is a member of subclass A, a **detailed statement of the plaintiffs' claims**; (2) not later than **9/25/87**, the respective jurisdictions which are members of subclass A shall individually **respond to the statement filed by the plaintiff class** pursuant to paragraph one; (3) a **status conference** will be held **Tuesday, 9/29/87** at 2:00 p.m., federal courthouse, Montgomery; (4) at the status conference, the subclass A jurisdictions should be prepared to nominate to the court a person to serve as liaison counsel for subclass A; (5) other matters, including scheduling of trials of liability and remedy issues for subclass A jurisdictions, will be addressed at the status conference; (6) the Clerk is DIRECTED to send a copy of this order to all jurisdictions which are members of subclass A. (Copies mailed to counsel, including counsel for subclass A jurisdictions; furnished Magistrate Carroll.) EOD 9/14/87. |
| 30 | | NOTICE OF PRETRIAL HEARING ORDER setting **pretrial hearing** in Montgomery on 1/4/88, at 2:30 p.m. (Copies mailed to counsel, including main counsel; furnished Magistrate Carroll.) EOD 10/1/87. |
| 30 | | **ORDER** allowing the parties until **1/4/88**, to complete discovery and to exchange lists of witnesses and exhibits; allowing parties until **11/1/87**, to file dispositive motions; directing plaintiffs and each subclass A jurisdiction to draft and exchange proposed redistricting plans by **1/4/88**. (Copies mailed to main counsel and counsel for subclass A jurisdictions; furnished Magistrate Carroll.) EOD 10/1/87. |
| Oct. 2 | | Plaintiffs' suggestions for designation of defendant Subclass A representatives and liason counsel. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 5 | | ORDER allowing all subclass A members <u>7</u> days from the date of this order to file responses to plaintiff's suggestions for designation of defendant Subclass A representatives and liaison counsel. (Copies mailed to counsel.) EOD 10/6/87. |
| 13 | | Plaintiffs' <u>amendment</u> to suggestions for designation of defendant subclass A representatives and liaison counsel. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |

OPTION B

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET    (Atty Stuart DuBose)

| PLAINTIFF | DEFENDANT | 87-T-1216-N |
|---|---|---|
| JOHN DILLARD, ET AL. | CRENSHAW COUNTY, etc., et al.<br>**TOWN OF FULTON** | DOCKET NO. ~~85-T-1332-N~~<br>PAGE ___ OF ___ PAGES |

| DATE<br>1987 | NR. | PROCEEDINGS |
|---|---|---|
| Oct. 14 | | Town of Fulton's motion (to be placed in 'Option B' rather than 'Option A'). Attachments. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 16 | | ORDER granting Town of Fulton's 10/14/87 motion to transfer from Subclass A to Subclass B; allowing defendant until 10/30/87 to comply with the 9/14/87 order regarding Subclass B, a copy of which is attached. Said order supersedes all prior administrative and procedural orders regarding the Town of Fulton. (Copies mailed to counsel.) EOD 10/16/87. **(Transferred to Subclass B)** |
| 16 | | Town of Fulton's remedy proposal. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 16 | | Town of Fulton's motion to dismiss. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 20 | | ORDER that plaintiffs **show cause**, if any there be, in writing within 14 days from the date of this order as to why Town of Fulton's 10/16/87 motion to dismiss should not be granted. (Copies mailed to counsel.) EOD 10/21/87. |
| 20 | | ORDER and JUDGMENT **appointing Hon. Charles S. Coody**, U. S. Magistrate, Middle District of Alabama, **additional special master** with same authorities and duties already given special master Carroll; DIRECTING counsel for Attorney General of the State of Alabama to mail copy of this order to all members of Subclasses B and C or their attorneys. (Copies mailed to counsel.) EOD 10/21/87. |
| 28 | | Plaintiffs' response to motion to dismiss by Town of Fulton. Referred to Judge Thompson. |
| 30 | | ORDER, subject to court's later consideration of any objections (1) **decertifying subclasses B and C** as members of defendant class action; directing clerk to assign separate civil action numbers to proceedings with respect to each jurisdiction in subclasses B and C; (2) directing that decertified proceedings shall continue as a class action as previously certified with respect to plaintiffs; (3) **consolidating** the separate actions with respect to the former members of subclasses B & C for purposes of carrying out the procedures pre-scribed by interim consent decree; directing that the Attorney General shall continue to serve as lead counsel for defendants and David Boyd shall continue to serve as liaison counsel for defendants; directing that procedures in paras. 9-20 of interim consent decree shall continue in force and effect for the con-solicated actions; (4) directing that all prior orders in this action not in-consistent with this order shall remain in full force and effect; (5) directing that the Attorney General shall promptly furnish a copy of this order to all jurisdictions of subclass B or subclass C; directing that any **objections** to procedural changes ordered herein must be filed, detailed written statement, with the clerk not later than **11/13/87**; hearing to be set by court on objections which warrant such a proceeding; (6) directing that unless the court receives some objection, this order shall take effect on **11/18/87** and no further order will be entered; directing that if no further order is entered before 11/18/87, the parties should assume that the court received no objections. (Copies mailed to counsel.) (Cy furnished Magistrates Carroll and Coody.) EOD 10/30/87. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

(Atty Stuart C. DuBose)

| JOHN DILLARD, et al. | CRENSHAW COUNTY, ALABAMA, etc., et al. RE: TOWN OF FULTON | DOCKET NO. 85-T-1332-N 87-T-1216-N PAGE ___ OF ___ PAGES |
|---|---|---|

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Oct. 30 | | ORDER denying Town of Fulton's 10/16/87 motion to dismiss. The court agrees with the plaintiffs that said defendant, by agreeing to be a member of defendant Subclass B, admitted that its at-large election system violates section 2 of the Voting Rights Act. (Copies mailed to counsel.) EOD 10/30/87. |
| 30 | | City of Fulton's supplemental to motion (SUPPLEMENTAL REMEDY PROPOSAL). Referred to Judge Thompson. |
| Nov. 10 | | Plaintiffs' submission of remedy proposals. Referred to Judge Thompson. Copies furnished Magistrates Carroll and Coody. |
| 18 | | Affidavits of plaintiffs John Dillard, Damascus Crittenden, Jr., Earwan Ferrell, Jr., Clarence J. Jairrels, Dr. Ullysses McBride and Louis Hall, Jr. (in support of IFP status for consolidated cases 87-T-1150-N thru 87-T-1316-N.) |
| 18 | | ORDER that the plaintiffs are allowed to proceed in forma pauperis and without prepayment of filing fees in these cases (87-T-1150-N thru 87-T-1316-N), the court being of the opinion from the affidavits filed by the plaintiffs that they cannot afford the filing fees in these consolidated cases in the amount of $20,520.00. (Copies mailed to counsel.) (Copies furnished Magistrates Carroll and Coody.) EOD 11/18/87. |
| 25 | | ORDER setting **trial** of this cause for **1/19/88** at 9:00 a.m., 2nd floor courtroom, federal courthouse, Montgomery; DIRECTING plaintiffs to file brief by 1/7/88, and DIRECTING defendant to file its brief by 1/14/88. (Copies mailed to counsel; furnished Magistrates Carroll and Coody.) EOD 11/30/87. |
| 1988 Jan. 5 | | Defendant's list of witnesses and exhibits. |
| 6 | | Plaintiffs' pretrial memorandum on the scope of this court's remedial power. |
| 12 | | ORDER (CA Nos. 87-T-1153-N, 87-T-1178-N, 87-T-1179-N, 87-T-1192-N, 87-T-1205-N, 87-T-1216-N, 87-T-1238-N, 87-T-1239-N, 87-T-1250-N, 87-T-1263-N, 87-T-1273-N, 87-T-1291-N, 87-T-1302-N, 87-T-1307-N and 87-T-1315-N) continuing the 1/19/98 **trial** to **2/4/88** at 9:00 a.m., 2nd floor courtroom, federal courthouse, Montgomery, at the request of the defendants. (Copies mailed to counsel.) EOD 1/12/88. |
| 27 | | Defendant's pretrial brief. |
| Feb. 1 | | Plaintiffs' pretrial reply memorandum. Referred to Judge Thompson. |
| 3 | | ORDER cancelling **2/4/88 trial**; directing the plaintiffs to forward settlement papers to the defendant by 2/12/88; directing the defendant to submit settlement papers to the court by 2/22/88. (Copies mailed to counsel) EOD 2/3/88. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1216-N |
|---|---|---|
| JOHN DILLARD; et al. | TOWN OF FULTON | PAGE 5 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Mar. 22 | | Parties' joint motion for notice and approval of proposed compromise and settlement. (Proposed first order tentatively approving compromise and requiring notice to the class, proposed notice to class, proposed finding and recommendation of the Magistrate, proposed final order approving settlement and proposed consent decree, with exhibits, no maps.) Referred to Magistrate Carroll and Judge Thompson |
| 28 | | FIRST ORDER TENTATIVELY APPROVING COMPROMISE AND REQUIRING NOTICE TO THE CLASS directing the defendant to cause the notice attached to this order to be published in The Clarke County Democrat once a week for 3 successive weeks prior to 4/26/88; directing that maps of the districts shall be displayed in the City Hall during normal business hours; ordering that copies of the attached notice be provided by the defendant to representatives of all local media and to any black community organizations who may request a copy thereof; DIRECTING the Magistrate to conduct a hearing for considering any objections by members of the plaintiff class to the proposed compromise and settlement. The **hearing** shall be held in the federal courthouse, Montgomery, Alabama, on **5/6/88** at 1:00 p.m. (Notice attached requires objections to be filed by 5/3/88.) (Copies mailed to counsel.) EOD 3/29/88. |
| Apr. 22 | | Plaintiffs' motion for award of attorneys fees and expenses from members of subclasses B and C. Referred to Judge Thompson. |
| 22 | | Plaintiffs' motion to schedule plaintiffs' claim for fees and expenses. Referred to Judge Thompson. |
| 28 | | ORDER [CA Nos. 87-T-1150-N thru 87-T-1316-N, <u>all</u> Subclass B and C defendants-- except Baldwin County Board of Education and City of Lisman] as follows: 1. Liaison counsel shall receive all pleading, file all responses, and conduct all proceedings on behalf of the defendant jurisdictions relative to plaintiffs' motion for fees. 2. By **5/16/88** liaison shall provide all defendant jurisdictions with a summary of plaintiffs motion for fees and a copy of this order and shall notify those jurisdictions of their right to object to the motion for fees and shall provide the defendants with a general outline of a plan to apportion among the defendants the fees, etc., awarded to plaintiffs. 3. Any defendant jurisiction which wishes to object to plaintiffs' motion for fees shall by 5/30/88 provide liaison counsel with a statement of its objection. 4. On or before **6/10/88** liaison counsel shall file with the court any objections, along with evidentiary materials supporting such objections, etc. 5. By **6/24/88** plaintiffs shall file their brief in support of their motion for fees. 6. By **7/1/88** liaison counsel shall file on behalf of the defendant jurisdictions any reply brief. 7. A **hearing** on the plaintiffs motion for fees will be conducted on **7/8/88** at 10 a.m.; defendant jurisdictions to be represented by liaison counsel. 8. By **6/10/88** liaison counsel shall also file with the court a final proposal for apportionment among the defendant jurisdictions of the fees, etc., to be awarded by the court; copy to be sent to each jurisdiction; defendants which object to apportionment system shall advise liaison counsel by 6/24/88; liaison counsel shall advise the court of any such objections by 7/1/88; any objections to be considered at the 7/8/88 hearing. (Copies mailed to counsel.) EOD 4/29/88. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1216-N |
|---|---|---|
| JOHN DILLARD; et al. | TOWN OF FULTON | PAGE 6 OF ____ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| May 6 | | **Hearing** - proposed settlement (Magistrate Coody). |
| 6 | | Courtroom Deputy's minutes of 5/6/88 hearing; witness list attached. |
| 17 | | ORDER REGARDING ATTORNEY FEES AND EXPENSES (1) DIRECTING clerk to set up a single separate file and docket sheet for the issues of attorney fees and expenses; (2) directing that all pleadings and orders regarding the issues of attorney fees, etc., are to be filed in separate file; (3) directing that separate file is incorporated in, and made a part of, each and every file for civil action nos. 85-T-1332-N and 87-T-1150-N thru 87-T-1316-N; (4) directing that Clerk need serve copies of this order and all future orders regarding attorney fees, etc., on only counsel for plaintiffs, counsel for Alabama Attorney General, and liaison counsel; and (5) directing that counsel need file only one copy of pleadings with the court. (Copies mailed to counsel.) EOD 5/17/88. |
| 27 | | Parties'/**Second** joint motion for notice and approval of proposed compromise and settlement. (Proposed first order tentatively approving compromise and requiring notice to the class, proposed notice to class, proposed finding and recommendation of the Magistrate, proposed final order approving settlement and proposed consent decree, with exhibits, attached.) Referred to Magistrate Coody and Judge Thompson. |
| 27 | | Received cy of U. S. Department of Justice's ltr to defendant re preclearance. Referred to Magistrate Coody. |
| Jun 9 | | SECOND ORDER TENTATIVELY APPROVING COMPROMISE AND REQUIRING NOTICE TO THE CLASS directing the defendant to cause the notice attached to this order to be published in The Clarke Co Democrat once a week for 3 successive weeks prior to 6/28/88; directing that maps of the districts shall be displayed in the City Hall during normal business hours; ordering that copies of the attached notice be provided by the defendant to representatives of all local media and to any black community organizations who may request a copy thereof; DIRECTING the Magistrate to conduct a hearing for considering any objections by members of the plaintiff class to the proposed compromise and settlement. The **hearing** shall be held in the federal courthouse, Montgomery, Alabama, on **7/8/88** at 2:00 p.m. (Notice attached requires objections to be filed by 7/5/88.) (Copies mailed to counsel.) EOD 6/14/88. |
| 14 | | Plaintiffs' motion for interim orders and injunctions. Referred to Judge Thompson and Magistrate Carroll. |
| 16 | | Parties' joint motion for interim order allowing election. Referred to Judge Thompson. |
| 17 | | INTERIM ORDER ALLOWING ELECTION and **ENJOINING** defendant, etc., to hold the August 1988 elections in accordance with the schedule contained in the Code of Alabama in accordance with the substantive provisions of the settlement proposal previously made by plaintiffs and submitted to the court for approval. Further ORDERED that this is an interim order which may be modified at a later time if jurisdiction does not receive final approval of its settlement proposal. (Copies mailed to counsel.) EOD 6/17/88. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN DILLARD, et al. | TOWN OF FULTON | DOCKET NO. 87-T-1216-N<br>PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| Jul 5 | | Billy G. Welch's **objection** to proposed settlement. Referred to Magistrate Coody. |
| 8 | | **Hearing** - Proposed settlement (Magistrate Coody). |
| 8 | | Courtroom Deputy's minutes of 7/8/88 hearing; witness list attached. |
| 28 | | Defendant's proof of publication (filed with Magistrate Carroll's office). |
| Sep 1 | | Plaintiffs' notice of attorneys' withdrawal (Menefee and Guinier) and substitution (Ifill substituted for Karlan). |
| 1989 | | |
| Mar. 6 | | J. L. Stabler and Lorean Bennett's MOTION to intervene as additional plaintiffs. Referred to Judge Thompson. |
| July 5 | | Withdrawal of Susan E. Russ as counsel for State and Class B defendants (document maintained in 85-T-1332-N). Referred to Judge Thompson. |
| 1990 | | |
| Apr 18 | | Magistrate Coody's RECOMMENDATION that the motion to intervene filed by J. L. Stabler Lorean Bennett be granted and that the court five final approval to the proposed consent decree. (Copies mailed to counsel.) |
| 18 | | ORDER that the motion to intervene filed by J. L. Stabler and Lorean Bennett is granted. (Copies mailed to counsel.) EOD 4-18-90. |
| 18 | | FINAL ORDER APPROVING SETTLEMENT (1) approving and adopting the recommendation of the Magistrate; and (2) approving the proposed consent decree previously submitted by parties. (Copies mailed to counsel.) EOD 4-18-90. |
| 18 | | CONSENT DECREE **ENJOINING** defendant, its agents, etc., from conductin the elections for the city council under the present at-large election system; further **ENJOINING** as follows: (1) the city council shall consist of five members elected at-large without designated or numbered places and with the 5 candidates receiving the most votes being elected and each voter casting no more than 2 votes; (2) elections shall be conducted at the regularly scheduled municipal elections in the summer of 1988; (3) that the defendant shall request the local legislative delegation to enact legislation providing for the form of government agreed to herein and that this court ordered form of government shall remain in effect only until such legislation is enacted by the legislature and precleared in accordance with the provisions of the Voting Rights Act of 1965; (4) that Black citizens shall be appointed as poll officials in numbers that reasonably reflect the racial composition of the municipality; that the municipality shall develop and implement a plan to inform voters of this "limited vote" election system; (5) that plaintiffs are prevailing parties for the purpose of the award of attorneys' fees and expenses. (Copies mailed to counsel.) EOD 4-18-90. |